Dear Honable Judge Vaneck

I recently completed a bank ripcy to halt a sheriff sale.

My bills were paid by Trustee Jack Zaharopoulos. I talked to the young lady at his office & she suggested I write you. His office paid the bills & now I get a bill from the attorney for over $4,000.00 for phone bills. I asked why they weren't paid with other bills & she said to ask you. His son was my realtor & a lot of the bills are when he talked to his son. Is this legal? One call was over $200.00. I asked her why they weren't paid along with the others, she said to ask you. I got very little money. Till I pay a couple personal bills I will end up with about $12,000.00. I am elderly & $4,000.00 is a hardship. My name is

Marjorie Nicholson
448 Prince St.
Littlestown, Pa. 17430

Case # 1:20-BK-03472-HWV

Thank You
Mar...

FILED '21 NOV 9 PM 3:44 CLERK, US COURT, PMB CMK

FILED '21 NOV 9 PM 3:44 CLERK, US COURT, PMB